**LAQUER, URBAN, CLIFFORD & HODGE LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
EMILY Z. MANNINGER, Nevada State Bar No. 11196
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: urban@luch.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> THORNTON CONCRETE PUMPING, INC., a Nevada corporation; and RICHARD THORNTON, individually, <br><br> Defendants. | Case No.: 2:10-cv-502-JCM-PAL <br><br> Consolidated with 2:10-cv-1242-KJD-PAL |
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALLIE, LLC, a Nevada limited liability company, d/b/a ALL CITIES CONCRETE COMPANY, et al., <br><br> Defendants. | **JUDGMENT** |

The above entitled case came on regularly for hearing on Plaintiffs' motion for summary judgment against defendant JPM Construction, LLC, a Nevada Limited Liability Company (hereinafter "JPM") before the Honorable James C. Mahan, United States District Judge, presiding. Michael A. Urban, of Laquer, Urban, Clifford & Hodge, LLP, appeared as counsel for plaintiffs and moving parties, Trustees of the Operating Engineers Pension Trust, et al. Shawn L. Morris of Woodbury, Morris & Brown, appeared on behalf of the defendant and cross-moving party, JPM. There being no material issue of fact to be litigated at trial, and findings of fact and conclusions of law having been filed herein,

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Journeyman and Apprentice Training Trust, shall recover from defendant JPM Construction, LLC, the principal amount of $4,148.98 plus attorney's fees of $15,769.38 together with plaintiffs' costs of suit in the amount of $520.61.

DATED: July 25, 2011

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**LAQUER, URBAN, CLIFFORD & HODGE LLP**

By: _____
MICHAEL A. URBAN, ESQ.
EMILY Z. MANNINGER, ESQ.
*Attorneys for Plaintiffs*